

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2015

No. 04-14-00564-CV

**IN THE ESTATE OF WADE R. BEDELL, JR**., Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-0636
Honorable Tom Rickhoff, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to April 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

John Wennermark
1924 N Main Ave.
San Antonio, TX 78212-3942

James W. Carter, IV
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

Robinson C. Ramsey
Langley & Banack, Inc.
Trinity Plaza II Suite 900
San Antonio, TX 78212-3141